UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. MICHAEL J. KNAPP                                  Docket Number: 07-cr-00026-REB-01

**Petition for Issuance of Summons for Violations of Supervised Release**

COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Michael J. Knapp, who was originally placed on supervision under the original Docket Number 2:02-CR-00050-001JTG, by the Honorable J. Thomas Greene, sitting on the Court in Salt Lake City, Utah, on the 4th day of November 2002, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)  Maintain full time employment, or schooling.
2)  Drug and alcohol treatment.
3)  Drug and alcohol testing.
4)  Subject to searches.
5)  Mental health treatment.
6)  Mental health medications, no possession/consumption of alcohol.

**On January 19, 2007, jurisdiction was transferred from the District of Utah to the District of Colorado and assigned Docket Number 07-cr-00026-REB-01.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(See attachment hereto and herein incorporated by reference)


PRAYING THAT THE COURT WILL ORDER that a summons issue for a violation of supervised release hearing.


ORDER OF THE COURT


| | |
|---|---|
| Considered and ordered this 26th day of February, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Edward C. Gadden |
| | U.S. Probation Officer |
| s/ Robert E. Blackburn | |
| Robert E. Blackburn | Place: Denver, Colorado |
| U.S. District Court Judge | |
| | Date: February 21, 2008 |

# ATTACHMENT

On December 3, 2004, the conditions of supervision were read and explained to the defendant, and on that date the defendant acknowledged that the conditions were fully understood, and that a copy of the conditions was provided.
The period of supervision commenced December 3, 2004.

The defendant has committed the following violations of his supervision:

**(1)** **VIOLATION OF SPECIAL CONDITION REGARDING ALCOHOL CONSUMPTION:**

On August 12, 2005, the defendant consumed prohibited alcohol, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On August 16, 2005, the defendant's Colorado Department of Corrections Parole Officer, Catherine Albreight, advised this probation officer that on August 12, 2005, she personally observed the defendant consuming beer in Caldonia's Roadside Barbeque restaurant, located at 2252 South Parker Road, Denver. Alcohol consumption was a violation of the standard conditions of the defendant's state parole, as well as a violation of special condition # 6 of his federal supervised release which reads "The defendant shall take any mental health medications as prescribed, and shall not possess or consume alcohol."

**(2)** **LEAVING THE DISTRICT WITHOUT PERMISSION:**

On November 28, 2006, the defendant left the United States and traveled into the Republic of Mexico without the prior approval of the U.S. Probation Office, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 28, 2006, the defendant was in southern Arizona on an approved work assignment. On that same date, he walked across the port of entry and into Mexico. Upon his reentry in to the U.S., the defendant was detained and questioned by U.S. Customs Agents. No illegal activities were determined to have occurred, and the defendant was allowed to reenter. The agents subsequently notified the defendant's Colorado state parole officer of this contact with the defendant, and the state parole officer notified this probation officer. The defendant did not have permission from the U.S. Probation Office or from the Colorado Department of Corrections Parole Office to enter Mexico during his work trip in Arizona.

On January 5, 2007, the defendant's state parole was revoked and he was returned to the Colorado Department of Corrections until his sentence discharged on April 18, 2007.

**(3)** **VIOLATION OF THE LAW:**

On November 25, 2007, in Adams County, Colorado, the defendant was charged with Driving While Ability Impaired, in violation of C.R.S. 42-4-1301(1)(a). This constitutes a Grade C violation of supervision.

This charge is based on the following facts:

On the aforementioned date, at approximately 8:43 p.m., the defendant was arrested by the Adams County Sheriff's Department and charged with Driving While Ability Impaired. The defendant was traveling on Pecos Boulevard near his Denver residence when he was stopped by a deputy for excessive speed. The deputy detected an odor of alcohol from the defendant. The defendant subsequently failed sobriety testing maneuvers. A breathalyzer revealed a .078% blood alcohol content (BAC). This matter is currently pending disposition under Adams County Case Number 07T17046.